FILED
CLERK U.S. DISTRICT COURT
MAR - 8 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2:09CR461 AHM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | ORDER OF DETENTION AFTER |
|       v. ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| Brandi Retherson ) | Allegations of Violations of Probation |
| ) | Supervised Release) |
| ) | Conditions of Release) |
|     Defendant. ) | |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )   the appearance of defendant as required; and/or

    (B)  ( )   the safety of any person or the community.

//
//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by supervisory orders_

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: 3/8/12

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE